3. As the above ruling is controlling on the question of jurisdiction, it is unnecessary to decide whether the suit was brought to a proper term of the court. *Judgment affirmed. All the Justices concur.*

No. 1305. OCTOBER 15, 1919.

Equitable petition. Before Judge Summerall. Bacon superior court. December 30, 1918.

*W. W. Bennett,* for plaintiff.

*J. B. Moore* and *Fermor Barrett,* for defendants.

---

MOBLEY *v.* DICKERSON, tax-collector, *et al.*

HILL, J. Under the evidence in this case the verdict was demanded, and the court did not err in refusing a new trial.

*Judgment affirmed. All the Justices concur.*

No. 1308. OCTOBER 15, 1919.

Equitable petition. Before Judge Summerall. Clinch superior court. January 6, 1919.

*S. Burkhalter* and *E. K. Wilcox,* for plaintiff.

*Franklin & Langdale* and *Parker & Parker,* for defendants.

---

ARNAU *v.* FIRST NATIONAL BANK OF DUBLIN.

GILBERT, J. The evidence authorized the verdict. The judgment overruling the motion for a new trial, based on the general grounds only, will not be reversed.

*Judgment affirmed. All the Justices concur.*

No. 1358. OCTOBER 15, 1919.

Equitable petition. Before Judge Kent. Laurens superior court. March 8, 1919.

*M. H. Blackshear,* for plaintiff in error.

*Larsen & Crockett,* contra.

---

JENKINS *et al. v.* GEORGIA INVESTMENT COMPANY *et al.*

GILBERT, J. 1. Where A and B jointly buy land, each paying one half of the purchase-money, and the title is taken in the name of a third party or parties, a trust in favor of A and B will be implied; and where B subsequently goes into possession of the land to the exclusion of A, a court of equity will decree A to be a tenant in common with B